No. 318.   KUENY, Appellant, v. SENTRY INSURANCE
COMPANY, Respondent.*

(Also reported in 223 N. W. 2d 687.)

Automobiles. Passenger injured in vehicle leaving
traveled portion of road. Negligence of deceased driver.
Absence of direct testimony. Inference of negligence.
Summary judgment. Triable issue.

The cause was submitted for the appellant on the brief
of *Thomas E. Zablocki,* attorney, and *Michael B. Rick* of

* Motion for rehearing denied, without costs, on February 4,
1975.

counsel, both of Hales Corners, and for the respondent on the brief of *Cook & Franke, S. C.,* attorneys, and *Robert E. Cook* of counsel, all of Milwaukee.